UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NEHEMIAH ROBINSON, | ) | NO. EDCV 10-01132 VAP (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| RAUL LOPEZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 4 2011

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE